UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THOMAS D. SEIFERT, an individual, EUGENE E. MARIANI, an individual, and DURA ART STONE,<br><br>　　　　　Defendants. | ) CASE NO. CV 07-01527 MMM (JTLx)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On February 25, 2008, the court granted the motion of plaintiffs California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Plan, California Field Ironworkers Vacation Trust, California Field Ironworkers Apprenticeship Training and Journeyman Retraining, California and Vicinity Field Ironworkers Annuity Trust Fund, California Field Ironworkers Administrative Trust, California Field Ironworkers Labor Management Cooperative Trust, and Ironworkers Workers' Compensation Trust ("the Trusts") for entry of default judgment against defendants Thomas Seifert, Eugene Mariani, and Dura Art Stone. Accordingly,

IT IS ORDERED AND ADJUDGED,

1. That the Trusts recover, jointly and severally against all defendants, $42,424.72, representing unpaid contributions, prejudgment interest, liquidated damages, and attorneys' fees and costs;

2. That this amount will bear post-judgment interest at an annual rate of 2.1% until paid; and

3. That defendants submit to an audit of their business records for the period from January 2005 to the present.

DATED: February 25, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE